UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

KENNETH R. FLAUM, Individually,

    Plaintiff,

vs.      Case No. 4:12-cv-99-RAJ-DEM

WILLIAMSBURG OUTLETS, L.L.C., a
Foreign Limited Liability Company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, through counsel, and herein files this Notice of Voluntary Dismissal Without Prejudice.

Respectfully Submitted,

Dated: September 17, 2013.

/s/ *Reed S. Tolber*
Reed S. Tolber, Esq.
Virginia Bar No. 66015
reedtolber@gmail.com
THE LAW OFFICES OF REED STEWART
  TOLBER P.A.
3045 Waverly Dr.
Charlottesville, VA 22901
(434) 295-6659
(434) 295-0816 - Facsimile

Lawrence A. Fuller, Esq., *pro hac vice*
lfuller@fullerfuller.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile

*Counsel for Plaintiff Kenneth R. Flaum*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2013, the foregoing was filed electronically via the Court's CM/ECF System which will simultaneously send a Notice of Electronic Filing to: Defendant's Counsel, Elizabeth A. Scully, Esq., escully@bakerlaw.com, Baker & Hostetler LLP, 1050 Connecticut Ave. NW, Suite 1100, Washington, DC 20036-5304.

/s/*Reed S. Tolber*
Reed S. Tolber, Esq.